756 A.2d 669

**CITY OF PHILADELPHIA**

v.

**WORKERS' COMPENSATION APPEAL BOARD (BOWERS).**

**Petition of Francis Bowers.**

Supreme Court of Pennsylvania.

July 19, 2000.

## ORDER

PER CURIAM:

AND NOW, this 19th day of July, 2000, the Petition for Allowance of Appeal is hereby **GRANTED** and the order of the Commonwealth Court is **REVERSED**. *City of McKees-*

*port v. WCAB,* 560 Pa. 413, 746 A.2d 87 (2000). The matter is **REMANDED** for consideration of the remaining issues raised in Employer's appeal.